# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-four.

_____

Advance Stores Company, Inc., DBA Advance Auto Parts,

        Petitioner,

    v.

Hugh Birthwright, individually and on behalf of himself and all others similarly situated,

        Respondent.

_____

**ORDER**

Docket No. 24-2111

Movants the Retail Litigation Center, Inc., the Chamber of Commerce of the United States of America, the National Federation of Independent Business, Inc., the National Retail Federation, the Restaurant Law Center, the New York State Restaurant Association, the Business Council of New York State, the Business Council of Westchester, and the Retail Council of New York move for leave to file an amicus brief in support of the Petitioner.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the petition.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court