**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 13, 2024
Docket #: 24-2111
Short Title: Advance Stores Company, Inc. v. Birthwright

DC Docket #: 2:22-cv-593
DC Court: EDNY (CENTRAL ISLIP)
Trial Judge - Gary R. Brown
Magistrate Judge - Steven L. Tiscione

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A petition for leave to appeal; motion for leave to file amicus filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, November 26, 2024.

Inquiries regarding this case may be directed to 212-857-8595.